FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 1 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01588-PAB

TOMMY STEWART,

    Plaintiff,

v.

COMCAST CABLE HOLDINGS LLC,

    Defendant.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. All costs of service shall be advanced by the United States.

DATED July 20, 2010.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01588-PAB-MJW

Tommy Stewart
3315 Josephine St
Denver, CO 80205

US Marshal Service
Service Clerk
Service forms for: Comcast Cable Holdings, LLC

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Comcast Cable Holdings, LLC: TITLE VII COMPLAINT FILED 07/06/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/21/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk