IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01588-PAB-MJW

TOMMY STEWART,

Plaintiff(s),

v.

COMCAST CABLE HOLDINGS, LLC,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant's Motion for Entry of Protective Order (docket no. 26) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 26-1) is APPROVED as amended in paragraph 8 and made an Order of Court.

Date: October 25, 2010