IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01588-PAB-MJW

TOMMY STEWART,

Plaintiff(s),

v.

COMCAST CABLE HOLDINGS, LLC,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

   It is hereby ORDERED that Defendant's Motion to Stay Discovery (docket no. 25) is GRANTED.  The Pro Se Plaintiff Tommy Stewart did not file any timely response to the subject motion and this court deems the subject motion confessed.  Moreover, there is a pending Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (docket no. 16) that was filed on September 20, 2010 by Defendant and the Pro Se Plaintiff has failed to file any response to such motion as of the date of this minute order.  For those reasons and for those additional reasons as outlined in the subject motion (docket no. 25), the Defendant's Motion to Stay Discovery (docket no. 25) should be granted.  All Discovery is STAYED until ruling on the Defendant's Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6).

Date:  November 16, 2010